**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| BARBARA J. POPPE-KARNES, ) | Case No. 20-10099-BFK |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| _____ ) | |

**ORDER DISMISSING CASE WITH PREJUDICE**

On February 6, 2020, the Court held a hearing on its Order for the Debtor to Appear and Show Cause why the Case Should not be Dismissed with Prejudice. Docket No. 5. The Debtor, Brian Madden, counsel for the Debtor, and Thomas Gorman, the Chapter 13 Trustee, were present at the hearing. For the reasons stated on the record, it is

**ORDERED**:
1. This case is dismissed with prejudice to re-filing under any chapter of the Bankruptcy Code in this or any other court for a period of <u>one year</u> from the entry of this Order.

2. The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: Feb 7 2020

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: February 7, 2020

<u>Copies to</u>:
Barbara J. Poppe-Karnes
5501 Merchants View Sq., #806
Haymarket, VA 20169
*Debtor*

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 7 Trustee*

Brian Kenneth Madden
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207
*Counsel for the Debtor*

1